UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH GUILMETTE,  )
    Plaintiff,  )
      )
    v.  )  C.A. No. 09-11328-MLW
      )
ROBERT C. LABARGE, JR.,  )
BRIAN O'NEILL,  )
    Defendants.  )
      )

## VERDICT

### QUESTION 1

1(a) Did either defendant use unreasonable force against Kenneth Guilmette on July 20, 2006?

Yes _____  No \_\_\_\_\_X_____

**If you answered Question 1(a) "Yes," answer Question 1(b). If you answered Question 1(a) "No," go to Question 2.**

1(b) Did the use of unreasonable force proximately cause any harm to Kenneth Guilmette?

Yes _____  No _____

If you answered Question 1(b) "Yes," answer Question 1(c). If you answered Question 1(b) "No," go to Question 2.

1(c) Which of the defendants has been proven to be responsible for the violation of the right to be free of the use of unreasonable force on July 20, 2006 that you have found?

| | | |
|---|---|---|
| Robert LaBarge | Yes _____ | No _____ |
| Brian O'Neill | Yes _____ | No _____ |

## QUESTION 2

2(a) Did Kenneth Guilmette have a serious medical need while in the custody of the Massachusetts State Police on July 20 and 21, 2006.

Yes __X__     No _____

**If you answered Question 2(a) "Yes," answer Questions 2(b) and 2(c). If you answered Question 2(a) "No," see the instructions for Question 3.**

2(b) Did either defendant know of Kenneth Guilmette's serious medical need and intentionally deny Mr. Guilmette adequate medical care to address that need in order to cause Mr. Guilmette pain or knowing that he would suffer unnecessarily?

Yes _____     No __X__

2(c) Did either defendant know of Kenneth Guilmette's serious medical need and act with deliberate indifference by denying, delaying, or interfering with the provision of adequate medical care to address that need without a good faith, reasonable basis to do so?

Yes _____     No __X__

**If you answered either or both of Questions 2(b) and (c) "Yes," answer Question 2(d). If you answered both of Questions 2(b) and (c) "No," see the instructions for Question 3.**

2(d) Did the denial, delay, or interference with Kenneth Guilmette's right to adequate care for a serious medical need proximately cause any harm to Mr. Guilmette?

Yes _____     No _____

**If you answered Question 2(d) "Yes," answer Question 2(e). If you answered Question 2(d) "No," see the instructions for Question 3.**

2(e) Which of the defendants has been proven to be responsible for the denial, delay, or interference with the provision of adequate medical care for the serious medical need of Kenneth Guilmette that you have found proven?

Robert LaBarge     Yes _____     No _____
Brian O'Neill      Yes _____     No _____

QUESTION 3

3(a) Did either defendant intend to inflict emotional distress on Kenneth Guilmette?

Yes _____    No ____X____

**If you answered Question 3(a) "Yes," answer Question 3(b). If you answered Question 3(a) "No," go to Question 4.**

3(b) Did a defendant who intended to cause Kenneth Guilmette emotional distress proximately cause Mr. Guilmette to suffer severe emotional distress?

Yes _____    No _____

**If you answered Question 3(b) "Yes," answer Question 3(c). If you answered Question 3(b) "No," go to Question 4.**

3(c) Which of the defendants has been proven to be responsible for intentionally inflicting emotional distress on Kenneth Guilmette?

Robert LaBarge    Yes _____    No _____
Brian O'Neill     Yes _____    No _____

## QUESTION 4

**Answer Question 4(a) if you answered "Yes" concerning at least one defendant in deciding Question 1(c), 2(e), and/or 3(c).**

4(a) What amount of money is necessary to compensate Kenneth Guilmette for any harm he suffered as a result of the violation or violations of his rights you found if you answered Questions 1(c), 2(e), or 3(c) "Yes."

$ _____


**If you found Robert LaBarge and Brian O'Neill both violated Kenneth Guilmette's rights in answering Question 1(c), 2(e) and/or 3(c), answer Question 4(b).**

4(b)(i) Do you find Robert LaBarge and Brian O'Neill are jointly liable for causing the total amount of damages that you have awarded in answering question 4(a)?

Yes _____    No _____


**If you answered Question 4(b)(i) "No", answer Question 4(c)(i) and (ii).**

4(c)(i) For what amount of the total damages you have awarded in answering Question 4(a) are the defendants jointly liable?

$_____

4(c)(ii) For what amount of the total damages you have awarded in answering Question 4(a), if any, is each defendant solely liable?

Robert LaBarge     $_____

Brian O'Neill      $_____

**If you answered Question 1 (c) and/or 2 (e) "Yes," but found that for those violations of Kenneth Guilmette's federal rights, no actual damages were proven, answer Question 4(d).**

4(d)(i) Do you award Kenneth Guilmette nominal damages for the violation(s) of his constitutional rights that you have found to be proven?

Yes _____    No _____

(ii) If so, what amount of nominal charges do you award?

$_____

11/25/13
Date

Elizabeth a Meyer
Foreperson

8